**Order entered March 28, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01200-CR

**IOANNIS MAKRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-00419-X**

## ORDER

Before the Court is appellant's March 26, 2019 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **APRIL 25, 2019**. If appellant's brief is not filed by April 25, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8(b)(2).

/s/     CORY L. CARLYLE
        JUSTICE